NOT FOR PUBLICATION

RECEIVED
OCT 26 2018
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LIDYA RADIN,<br><br>Defendant. | Crim. No. 18-452<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

IT APPEARING that Defendant Lydia M. Radin had notice of Oral Argument to be held before this Court on October 26, 2018 at 10:00 AM (*See* Docket Entry dated 09/21/2018); and it further

APPEARING that Defendant did not appear at the same; and it further

APPEARING that Defendant has failed to make any cognizable argument—either in writing or orally—that the decision of Magistrate Judge Tonianne J. Bongiovanni was in error, either legally or factually;

IT IS on this 26th day of October, 2018,

ORDERED that Defendant's Appeal is DENIED; and it is further

ORDERED that the decision of Magistrate Judge Bongiovanni is AFFIRMED; and it is further

ORDERED that this case is CLOSED.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.