NOT FOR PUBLICATION

RECEIVED
NOV 2 6 2018
AT 8:30 4/25 P M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 18-452 |
| v. | **MEMORANDUM ORDER** |
| LYDIA M. RADIN, | |
| Defendant. | |

THOMPSON, U.S.D.J.

IT APPEARING that Defendant Lydia M. Radin has moved to vacate the Court's October 26, 2018 Order (ECF No. 10); and it further

APPEARING that Defendant's claim that this Court lacks jurisdiction under Local Criminal Rule 58.1 is unfounded; and it further

APPEARING that Defendant has not shown that disqualifying or sanctioning court officials is appropriate; and it further

APPEARING that any documents that may have been untimely filed in this case did not prejudice Defendant;

IT IS on this 26 day of November, 2018,

ORDERED that Defendant's Motion to Vacate (ECF No. 10) is DENIED.

_____
ANNE E. THOMPSON, U.S.D.J.

1