# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

LYDIA M. RADIN,

Defendant.

Crim. No. 18-452

**MEMORANDUM ORDER**

THOMPSON, U.S.D.J.

IT APPEARING that Defendant Lydia M. Radin has filed a Motion to Renew the Motion to Vacate the Court's October 26, 2018 Order, and to seek other relief (ECF No. 16); and it further

APPEARING that Defendant has also filed a Cross Motion to the Motion to Renew (ECF No. 17); and it further

APPEARING that the Motions described above reiterate arguments that were previously made by Defendant (ECF No. 10) and rejected by the Court (ECF No. 13); and it further

APPEARING that Defendant's request to file documents through the Case Management/Electronic Case Filing (CM/ECF) system (*see* Cross Mot. at 1) would contravene the Court's ECF Policies and Procedures; https://www.njd.uscourts.gov/sites/njd/files/PoliciesandProcedures2014.pdf (as amended April 3, 2014);

IT IS on this ___ day of January, 2019

ORDERED that Defendant's Motion to Renew (ECF No. 16) is DENIED; and it is further

ORDERED that Defendant's Cross Motion (ECF No. 17) is DENIED.

ANNE E. THOMPSON, U.S.D.J.